1  Herman C. Meyer, SBN 46982
   LAW OFFICES OF HERMAN C. MEYER
2  7431 Gilbert Road
   Oakdale, CA 95361
3  Tel:    (209) 847-7066
   Fax:    (209) 847-3622
4
5  Attorney for Plaintiff MICHAEL C. MOORE

6  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
7  John R. Whitefleet, SBN 213301
   350 University Ave., Suite 200
8  Sacramento, California 95825
   TEL: 916.929.1481
9  FAX: 916.927.3706

10 Attorneys for Defendants CITY OF CERES, CHIEF MIKE BORGES, K. KITCHER, and
   D. VIERRA
11

12
                    **UNITED STATES DISTRICT COURT**
13
                     **EASTERN DISTRICT OF CALIFORNIA**
14

15
   MICHAEL C. MOORE,                    Case No.  2:11-cv-01414 AWI GSA
16
        Plaintiff,                      **STIPULATION AND ORDER FOR**
17                                      **DISMISSAL OF DEFENDANTS**
   vs.
18
   CITY OF CERES; DEPUTY CHIEF OF
19 POLICE MIKE BORGES; K.
   KITCHER; D. VIERRA; and DOES 1
20 through 25, inclusive,

21      Defendants.
                                     /
22

23     **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

24 MICHAEL C, MOORE, and Defendants CITY OF CERES, CHIEF MIKE BORGES, K.

25 KITCHER, and D. VIERRA, by and through their undersigned counsel, that any and all

26 claims against Defendants CITY OF CERES, CHIEF MIKE BORGES, K. KITCHER, and

27 D. VIERRA,, by and through their undersigned counsel, that the claims by Plaintiff alleged

28 against these Defendants be dismissed with prejudice, pursuant to Rule 41(a)(2) of the

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**
01022651.WPD

Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

                                         Respectfully submitted,

Dated: June 4, 2012       PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By    /s/ John R. Whitefleet
                                           John R. Whitefleet
                                           Attorneys for Defendants CITY OF CERES,
                                           CHIEF MIKE BORGES; K. KITCHER, and D.
                                           VIERRA

DATED: June 4, 2012      LAW OFFICES OF HERMAN C. MEYER

                                  By  /s/ Herman C. Meyer (as authorized on June 4, 2012)
                                        Herman C. Meyer
                                        Attorney for Plaintiff

                                    * * * * * * *

## **ORDER**

     **IT IS SO ORDERED.**

Dated: _____    _____
                                                 Honorable Anthony W. Ishii
                                                 Judge of the United States District
                                                 Court for the Eastern District of California

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**
01022651.WPD