Herman C. Meyer, SBN 46982
LAW OFFICES OF HERMAN C. MEYER
7431 Gilbert Road
Oakdale, CA 95361
Tel:    (209) 847-7066
Fax:   (209) 847-3622

Attorney for Plaintiff MICHAEL C. MOORE

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF CERES, CHIEF MIKE BORGES, K. KITCHER, and D. VIERRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CERES; DEPUTY CHIEF OF POLICE MIKE BORGES; K. KITCHER; D. VIERRA; and DOES 1 through 25, inclusive,<br><br>    Defendants.<br>_____/ | Case No.  1:11-cv-01414 AWI GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff MICHAEL C, MOORE, and Defendants CITY OF CERES, CHIEF MIKE BORGES, K. KITCHER, and D. VIERRA, by and through their undersigned counsel, that any and all claims against Defendants CITY OF CERES, CHIEF MIKE BORGES, K. KITCHER, and D. VIERRA,, by and through their undersigned counsel, that the claims by Plaintiff alleged against these Defendants be dismissed with prejudice, pursuant to Rule 41(a)(2) of the

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**
01022651.WPD

Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

                              Respectfully submitted,

Dated: June 4, 2012       PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                              By    /s/ John R. Whitefleet
                                  John R. Whitefleet
                                  Attorneys for Defendants CITY OF CERES,
                                  CHIEF MIKE BORGES; K. KITCHER, and D.
                                  VIERRA


DATED: June 4, 2012      LAW OFFICES OF HERMAN C. MEYER


                              By  /s/ Herman C. Meyer (as authorized on June 4, 2012)
                                  Herman C. Meyer
                                  Attorney for Plaintiff


                              \* \* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

Dated:   June 5, 2012                              _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE